UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 MAR 11  P 3: 18

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No.3:02CR266 (AHN) |
| HARRY T. BANKS | : |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Anthony E. Kaplan, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Wednesday, March 23, 2005 at 10:00 a.m., there will come before the Honorable Alan H. Nevas, United States District Judge, at Bridgeport, Connecticut, the criminal case of United States v. Harry T. Banks, Criminal Number 3:02CR266 (AHN).

2. That the above named defendant, HARRY T. BANKS, is charged with a violation of supervised release.

3. That the said HARRY T. BANKS is now confined at the Community Correctional Center, Bridgeport, Connecticut.

That the said HARRY T. BANKS should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this

Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Community Correctional Center, Bridgeport, Connecticut, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said HARRY T. BANKS at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, on March 23, 2005, at 10:00 a.m., or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                                    UNITED STATES OF AMERICA

                                    KEVIN J. O'CONNOR
                                    UNITED STATES ATTORNEY

                                    ANTHONY E. KAPLAN
                                    ASSISTANT UNITED STATES ATTORNEY
                                    FEDERAL BAR No. ct08083

STATE OF CONNECTICUT   )
                                ss: New Haven, CT   March 11, 2005
COUNTY OF NEW HAVEN    )

       Personally appeared before me, Anthony E. Kaplan, Assistant United States Attorney, District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, and that the same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

                                         _____
                                         Notary Jane Vollono

My Commission Expires: 11·30·2008