# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

3.23.2005

USA
vs
Harry T. Banks

**APPEARANCE**

CASE NUMBER: 3:02cr266 (AHN)

To the Clerk of this court and all parties of record: HARRY T. BANKS

Enter my appearance as counsel in this case for:

---

3/23/05
**Date**

_____
**Signature**

PAUL F THOMAS
**Print Clearly or Type Name**

_____
**Connecticut Federal Bar Number**

2 Whitney Ave Suite 300
**Address**

203-498-4200
**Telephone Number**

New Haven CT

203-498-4207
**Fax Number**

PAUL.THOMAS@fd.org
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24